IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PAUL N. TRICHELL                                                                PLAINTIFF

VS.                              CASE NO. 5:08-CV-146 HLJ

MICHAEL J. ASTRUE,                                                          DEFENDANT
Commissioner of the Social
Security, Admistration

## ORDER

On August 18, 2009 the parties consented to the jurisdiction of a United States Magistrate Judge.

It is therefore ORDERED that the findings and recommendations [DE# 15] filed on August 27, 2009 will serve as the Court's Opinion in this case. Judgment shall be entered accordingly.

SO ORDERED this 31st day of August, 2009.

_____
United States Magistrate Judge