IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PAUL N. TRICHELL                                                                      Plaintiff

v.                                             5:08CV00146 JLH

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                     Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 31st day of August, 2009.

_____
United States Magistrate Judge